Office of the Chapter 13 Trustee
125 E. John Carpenter Freeway, Suite #1100
Irving, Texas 75062
(214) 855-9200/ Fax (214) 965-0758

### THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

IN RE:                                               CASE NO. 03-39011-SGJ-13
JUDITH WRIGHT

                                                     Hearing Date: Thu Nov 13, 2008

**GENERAL MOTION TO DISMISS CHAPTER 13 CASE AND NOTICE OF HEARING THEREON**

   Now comes the Office of the Chapter 13 Trustee, Dallas and files this Motion pursuant to Section 1307(C) of the Bankruptcy Code and Bankruptcy Rule 9014; and would respectfully show unto the Court as follows:

   This case should be **DISMISSED** for one or more of the following causes:

 X   BASE BALANCE OF $46,062.00 WAS DUE 9/17/08.

   Wherefore, your Trustee prays that after notice and hearing, this Chapter 13 case be dismissed.

                                        Office of the Chapter 13 Trustee, Dallas


                                        BY: /s/Thomas D. Powers
                                            Trustee/State Bar No 16218700


DEBTOR(S)
    JUDITH WRIGHT
    5523 GREENBRIER

    DALLAS TX                         75209

## Notice of Hearing

To the Debtor(s) and the Debtor's(s') Attorney of Record:

You are notified of the filing of the foregoing Motion of Trustee to Dismiss Chapter 13 case for the reason(s) therein stated.  **A pre-hearing conference on the Trustee's Motion will be held on Thu Nov 13, 2008 at 8:30 A.M. at 125 E. John Carpenter Freeway, Suite 1100, The Eleventh Floor, Irving, Texas  75062.**  Motions not resolved/defaulted at the pre-hearing conference will be held by the Court at  2:00 PM on the same day at 1100 Commerce Street, the Fourteenth floor, Dallas, Texas 75242-1496.  **You do not have to attend the pre-hearing conference or hearing unless you oppose dismissal of the case.  All payments due prior to the hearing must be paid current in order for the Trustee to withdraw the Motion to Dismiss.**

---

## Certificate of Service

I hereby certify that a copy of the foregoing Motion to Dismiss Chapter 13 Case and Notice of Hearing thereon was served on the following parties at the addresses listed below by United States First Class Mail:

DEBTOR(S):    JUDITH WRIGHT, 5523 GREENBRIER, , DALLAS TX, 75209

DEBTOR(S) ATTORNEY:

LAW OFFICE OF MOLLY BARTHOLOW, 11300 N CENTRAL EXPRESSWAY, ROYAL CENTRAL TOWER NO 301, DALLAS TX, 75243

CREDITORS:

MANN AND STEVENS PC, 550 WESTCOTT STREET, SUITE 560, HOUSTON TEXAS, 77007

HOMECOMINGS FINANCIAL, PO BOX 939072, , SAN DIEGO CA, 92193-9072

Dated:    10/01/2008          By: /s/Thomas D. Powers